**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**SHIELDS PETITTI, PLC**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail: mjp@shieldspetitti.com**
**E-Mail: pcp@shieldspetitti.com**

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ramos,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>City of Glendale,<br><br>　　　　　Defendant. | No.<br><br>**COMPLAINT** |

Plaintiff Linda Ramos ("Plaintiff") for her cause of action against Defendant City of Glendale ("Defendant") hereby alleges:

### GENERAL ALLEGATIONS
### (Parties and Jurisdiction)

1. Plaintiff is a resident of Maricopa County, Arizona and was a resident of Maricopa County during all relevant times.

2. Defendant is a municipal corporation located in Maricopa County, Arizona.

3. Defendant has committed actions and caused events to occur in Maricopa County, which are the foundation of this action and out of which this action arises.

1188581.1

4. This is an action brought by Plaintiff to vindicate violations of Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and the Age Discrimination in Employment Act ("ADEA"). This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

**(Jury Demand)**

5. Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a jury trial.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

6. Defendant hired Plaintiff in 2000 as a Police Communications Specialist. Plaintiff was promoted to Police Communications Supervisor in 2009. At all times, Plaintiff performed her job with competency and distinction and to Defendant's benefit.

7. When Plaintiff was in her late 50s, one of her supervisors began repeatedly asking her when she was planning to retire. Plaintiff reported these comments to another supervisor. Plaintiff has since turned 60 years old.

8. In June 2019, Plaintiff provided constructive feedback regarding policy violations and appropriate behavior in the workplace to certain employees during their annual performance reviews. Following their reviews, a group of much younger, non-Hispanic employees made false allegations that Plaintiff "harasses her team" and "is hostile towards everyone on her team." As a result of these allegations, Plaintiff was placed on administrative leave.

1188581.1

9. During the ensuing investigation, Defendant refused to interview unbiased witnesses who observed Plaintiff's interactions with her employees or any employees who Plaintiff had supervised in the past. Instead, Defendant believed the much younger, non-Hispanic accusers over Plaintiff. Two (2) of the accusers were discharged shortly thereafter for committing felonies.

10. On October 1, 2019, Defendant involuntarily demoted Plaintiff to Police Communications Specialist and placed her on disciplinary probation for six (6) months. One of the much younger, non-Hispanic accusers, who had only three (3) years of experience, replaced Plaintiff in her role as Police Communications Supervisor.

11. In November 2019, Defendant published information about Plaintiff's demotion in a department newsletter that was distributed to approximately 80 employees.

12. Plaintiff timely filed a charge of race/national origin discrimination and age discrimination with the Equal Employment Opportunity Commission (EEOC) on March 23, 2020. Thereafter, the EEOC issued its notice of right to sue. (Attached as Exhibit 1).

13. As a result of Defendant's discriminatory conduct and mistreatment of her, Plaintiff sought medical retirement effective December 9, 2020.

14. Plaintiff is damaged by the wrongful acts of Defendant and its agents as herein alleged, which damage includes, without limitation, the following:

    a. Lost salary and employment benefits due Plaintiff from the time of her

1188581.1

      demotion;

    b.  Injury to Plaintiff's long-term employment and career possibilities and income potential flowing from the discriminatory and wrongful conduct by Defendant and its agents from the period of underemployment she experienced since Defendant's illegal conduct; and

    c.  Injury from humiliation, trauma, extreme stress, depression and physical and mental pain and anguish.

15. The willful and wanton misconduct on the part of Defendant is such that it justifies an award of liquidated and punitive damages.

16. All prerequisites to Plaintiff filing suit have been met.

17. All allegations of this Complaint are incorporated into each Claim for Relief.

## FIRST CLAIM FOR RELIEF
### (Disparate Treatment in Violation of Title VII)

18. Plaintiff is a member of a protected class (Hispanic).

19. The acts and conduct of Defendant, as alleged above, were in violation of Title VII's prohibition on race and/or national origin discrimination.

20. Plaintiff is damaged by Defendant's violations of Title VII as hereinabove alleged or as proven at trial.

1188581.1

**SECOND CLAIM FOR RELIEF**
**(Age Discrimination in Violation of the ADEA)**

21. Plaintiff is 60 years old and a member of a protected class (over 40).

22. The acts and conduct of Defendant, as alleged herein, violate the ADEA's age discrimination provisions.

23. Plaintiff is damaged by Defendant's violations of the ADEA as hereinabove alleged or as proven at trial.

WHEREFORE, Plaintiff requests judgment in her favor and against Defendant as follows:

A. For all injunctive and declaratory relief necessary, including a declaration that Defendant's conduct violated Title VII and the ADEA and enjoining Defendant from conduct violating Plaintiff's rights;

B. For actual, consequential and incidental damages as alleged herein or as determined at trial;

C. For liquidated and punitive damages;

D. For Plaintiff's attorneys' fees and costs incurred in this matter pursuant to Title VII, the ADEA, and any other applicable statute, rule, or regulation;

E. For interest on each element of damage, cost, or attorneys' fees at the highest legal rate from the date such damage, cost, or attorneys' fees was incurred until paid; and

F. For such other relief as the Court deems just and proper.

1188581.1

DATED this 15th day of December, 2020.

          SHIELDS PETITTI, PLC


          By _____
            Michael J. Petitti, Jr.
            Paige C. Pataky
            5090 N. 40th Street, Suite 207
            Phoenix, Arizona 85018
            Attorneys for Plaintiff

1188581.1