**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**SHIELDS PETITTI, PLC**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail:  mjp@shieldspetitti.com**
**E-Mail:  pcp@shieldspetitti.com**

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ramos, | No. CV-20-02415-PHX-DWL |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |
| City of Glendale, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Linda Ramos, by her undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses her claims against Defendant City of Glendale, which has not filed an Answer or a Motion for Summary Judgment in the action, without prejudice.

DATED this 25th day of February, 2021.

SHIELDS PETITTI, PLC

By /s/ Michael J. Petitti, Jr.
Michael J. Petitti, Jr.
Paige C. Pataky
5090 N. 40th Street, Suite 207
Phoenix, Arizona 85018
Attorneys for Plaintiff

1201234.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2021, I caused the

foregoing document to be filed electronically with the Clerk of Court through the

CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

system.

/s/ Lisa Harnack
Lisa Harnack

2

1201234.1